18 So.3d 731 (2009)
ECOLAB, INC., Appellant,
v.
Mirlaine ARMAND, Appellee.
No. 4D09-2299.
District Court of Appeal of Florida, Fourth District.
October 14, 2009.
F. Bryant Blevins of Butler Pappas Weihmuller Katz Craig, LLP, Miami, for appellant.
Curt Obront of McKenna & Obront, Miami, for appellee.
*732 PER CURIAM.
Affirmed. See Sterling v. Feldbaum, 980 So.2d 596 (Fla. 4th DCA 2008).
GROSS, C.J., TAYLOR and HAZOURI, JJ., concur.